$\partial\partial$

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**MAURICE LYNUM,**

    **Plaintiff,**

-v-

Case:2:14-cv-13270
Judge: Hood, Denise Page
MJ: Komives, Paul J.
Filed: 08-22-2014 At 02:10 PM
CMP LYNUM V. PATTERSON, ET AL (TAM)

## JURY DEMAND

L. Brooks Patterson, Oakland County Executive, Oakland County Jail, a Correctional Institution for the County of Oakland, Michael Bouchard, Sheriff of Oakland County, Michigan, Jessica R. Cooper, Prosecuting Attorney for Oakland County,

    Defendant.

| | |
|---|---|
| Maurice Lynum<br>Plaintiff Per Se<br>24271 Dante Street<br>Oak Park, MI 48237<br>248-773-1835 | L. Brooks Patterson, Oakland Co. Executive<br>Defendant<br>Executive Office Building-41 West<br>2100 Pontiac Lake Road<br>Waterford, MI 48238-0409<br>248-858-0480 |

| | | |
|---|---|---|
| Michael Bouchard<br>Defendant, Sheriff of<br>Oakland County<br>1200 North Telegraph Rd.<br>Building 38<br>Pontiac, MI 48341-1044<br>248-858-480 | Jessica R. Cooper<br>Defendant, Prosecuting Attorney<br>for Oakland County<br>1200 North Telegraph Rd.<br>Building 14E<br>Pontiac, MI 48314-1044<br>248-858-0656 | Oakland County Deputy<br>John Doe 1<br>1201 North Telegraph<br>Pontiac, MI 48341-1044<br>248-858-5000 |
| Oakland County Deputy<br>John Doe 2<br>1201 North Telegraph Rd.<br>Pontiac, MI 48341-1044<br>248-858-8000 | Oakland County Deputy<br>John Doe 3<br>1201 North Telegraph Rd.<br>Pontiac, MI 48341-1044<br>248-858-8000 | |

## COMPLAINT

### Preliminary Statement

This is a civil rights action in which the plaintiff, Maurice Lynum seeks relief for the defendants violations of his rights secured by the Civil Rights Act of 1871, 42 U.S.C. 1983, 42 U.S.C. 1985, Section 504 of the Rehabilitation Act of 1973 and Title 2 of Americans with Disabilities Act of 1990, by the United States Constitution, including its First, Fourth, and Fourteenth Amendments, and by the laws and constitution of the State of Michigan. Plaintiff seeks exemplary, compensatory, and punitive damages,

an award of costs, interest, and attorney's fees, and such other further relief as the court deems just and necessary.

NOW COMES Plaintiff, Maurice Lynum, In Propria Persona, and for his complaint against the Defendants states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to hear this case pursuant to the Civil Rights Act of 1871, 42 U.S.C. 1983, 42 U.S.C. 1985, Section 504 of the Rehabilitation Act of 1973 and Title 2 of Americans with Disabilities Act of 1990, by the United States Constitution, including its First, Fourth, and Fourteenth Amendments.

2. Jurisdiction is conferred upon this Court by 28 U.S.C. 1331 and 1343, this being an action seeking redress for the violation of plaintiff's constitutional and civil rights.

3. Plaintiff further invokes this Court's supplemental jurisdiction pursuant to 28 U.S.C. 1367 over any and all State law claims and against all parties that are so related to claims in this action within jurisdiction of this Court that they form part of the same case or controversy.

4. Venue in this district is proper under 28 U.S.C. 139(b) and (c) in that each of the defendants are administratively located within the Eastern District of Michigan, and the events giving rise to this claim occurred within the boundaries of the Eastern District of Michigan.

## PARTIES

5. Plaintiff, Maurice Lynum , is a protected citizen as the term defined in the 14th Amendment of the Constitution of the United States and at all times relevant to this action has resided in the city of Oak Park, County of Oakland, and State of Michigan.

6. Defendant, L. Brooks Patterson, is the executive for the county of Oakland and state of Michigan and as such, sets the goals and manages the resources and personnel of Oakland County in a discriminatory and blatant racist manner against Afro-American citizens residing in Oakland County.

7. Defendant, Michael Bouchard is the sheriff of Oakland County, Michigan, and as such, takes orders and directives from the Oakland County Executive and acts on the orders and directives to discriminate against Afro-American citizens residing in Oakland County, Michigan in a forceful and discriminatory manner.

8. Defendant, Jessica Cooper is the prosecutor for the county of Oakland, Michigan and as such takes operatives and directives from the Oakland County Executive to prosecute Afro-American citizens of Oakland County in a misappropriate number and with a longer sentences.

9. Defendants, Oakland County Sheriff deputies John Doe 1, John Doe 2, and John Doe 3 are and were at all times relevant herein duly appointed

and acting deputies, servants, employees, and agents of the defendant, Michael Bouchard, Oakland County Sheriff. At all times relevant herein, the individual defendants were acting under the color of the laws, statutes, ordinances, regulations, policies, customs and/or usage of the State of Michigan and the Oakland County Sheriff in the course and scope of their duties and functions as deputies, agents, servants, and employees of defendants Michael Bouchard, Oakland County Sheriff, and L. Brooks Patterson, Oakland County Executive, were acting for, and behalf of with the power and authority vested in them by Michael Bouchard and L. Brooks Patterson and were otherwise performing and engaging in conduct incidental to the performance of their lawful functions in the course of their duties. They are being sued individually and in their official capacity.

10. By conduct, acts, and omissions complained of herein, defendants, L.Brooks Patterson, Michael Bouchard, Jessica Cooper, Deputy John Doe 1, John Doe 2 and John Doe 3, violated clearly established constitutional standards under the First, Fourth, and Fourteenth Amendments to the United States Constitution of which a reasonable sheriff's deputy under the circumstances would have known.

## JURY DEMAND

11. Plaintiff demands a trial by jury on each and every one of his claims as

4

pleaded herein.

## NOTICE OF CLAIM

12. Plaintiff timely filed a grievance complaint with Oakland County Jail Operations setting forth the facts against the assaulting deputies setting forth the facts underlying plaintiff's claims against the defendants, L. Brooks Patterson et. al. This action has been commenced within 180 days of the date of occurrence of the events giving rise to this complaint.

13. By the conduct, acts, and omissions complained of herein, defendants violated clearly established constitutional standards under the First, Fourth, Fourteenth Amendments and Americans with Disabilities Act to the United States Constitution of which a reasonable sheriff's deputy under the circumstances would have known.

## CAUSE OF ACTION

### COUNT ONE
### EXCESSIVE FORCE
Deprivitation of Rights Under the 4th and
14th Amendments, and 42 U.S.C. 1983,1985

14. Plaintiff incorporate paragraphs 1-13 as though stated herein.

15. The conduct and actions of defendants acting in concert with color of law was excessive and unreasonable, was done intentionally, willfully, maliciously with a deliberate indifference and/or with a reckless disregard

5

for the natural and probable consequences of their acts, was done without lawful justification or reason, and was designed to and did cause specific physical and emotional pain and suffering in violation of plaintiff's rights as guaranteed under 42 U.S.C. 1983, 14 U.S.C. 1985, and the 4th and 14th Amendments to the United States Constitution, including the right to be free from an unreasonable seizure of his person and the right to be free from the use of excessive, unreasonable, and unjustified force and with the knowledge, information and belief of Deputy John Doe 1, Deputy John Doe 2, and Deputy John Doe 3, that plaintiff suffers from the disability of multiple scelorisis.

16. As a direct and proximate result of the foregoing, plaintiff was subjected to physical pain, emotional pain, and humiliation, and was otherwise damaged and injured.

### COUNT TWO

#### Denial of Medical Care

17. Plaintiff incorporate paragraphs 1-16 as though stated herein.

18. The staff and members of the Oakland County Jail have an affirmative duty to seek medical attention to inmates who are injured while incarcerated in their facilities.

19. The staff and members of the Oakland County Jail have an affirmative

duty to provide for and accommodate known medical conditions and disabilities of inmates while in their custody and are incarcerated in their facilities.

20. The staff and members of the Oakland County Jail denied plaintiff accommodations of a adequate mattress to adhere to his condition of multiple scelrosis as well as medications and therapeutic space for his physical disability with the full knowledge, information, and belief that plaintiff suffers from multiple scelorisis.

## COUNT THREE
### Deprivitation of Free Speech and Expression

21. Plaintiff incorporate paragraphs 1-20 as though stated herein.

22. The above described conduct and actions of the individual defendants, Deputy John Doe 1, Deputy John Doe 2, and Deputy John Doe 3, acting under color of law, deprived plaintiff of his rights to free expression, was done in retaliation against plaintiff's exercise of his constitutionally protected speech, was done to interfere with, and chill, the exercise of free speech and was done intentionally, maliciously, with a deliberate indifference and/or with a reckless disregard for the natural and probable consequences of their acts, was done without lawful justification or reason, and was designed to and did cause specific and serious pain and suffering

in violation of plaintiff's constitutional rights as guaranteed under 42

U.S.C. 1983, the First and Fourteenth Amendments to the United States

Constitution together with the Americans with Disabilities Act and with

the full knowledge, understanding and belief of Deputy John Doe 1,

Deputy John Doe 2 and Deputy John Doe 3 that plaintiff suffers with

multiple scelorisis.

23. As a result of the foregoing, plaintiff suffered the injuries and damages

set forth above.

COUNT FOUR

Municipal Liable for Constitutional Violations.

24. Plaintiff incorporate paragraphs 1-23 as though stated herein.

25. L. Brooks Patterson, Oakland County Executive, and Michael

Bouchard, Oakland County Sheriff directly caused the constitutional

violations suffered by plaintiff, and are vicariously liable for the damages

suffered by plaintiff as a result of the conduct of defendant Deputy John

Doe 1, Deputy John Doe 2 and Deputy John Doe 3. The conduct of

defendant deputies was a direct consequence of policies and practices of

defendants L. Brooks Patterson and Michael Bouchard.

26. At all times relevant to this complaint, defendants L. Brooks Patterson

and Michael Bouchard, acting through defendant Deputy John Doe 1, John

8

Doe 2 and John Doe 3, had in effect policies, practices, and customs which condoned and fostered the unconstitutional conduct of the individual defendant deputies, even with knowledge, information and belief that plaintiff suffers from multiple scerosis, and was a direct and was a direct and proximate cause  of the damages and injuries complained of herein.

27. At all times relevant to this complaint, defendants L. Brooks Patterson and Michael Bouchard, acting through defendant Deputy John Doe 1, John Doe 2 and John Doe 3, sanctioned policies practices, customs and usage of controlling inmates from their rights to free speech while being incarcerated in a cell or cell block. Upon information and belief, defendants L. Brooks Patterson and Michael Bouchard allegedly  planned and implemented a policy, practice, custom and usage of controlling inmates from their rights to free speech and they both consciously disregarded the illegality of denial of free speech while unconstitutionally used force and punishment of solitary confinement in order to suppress freedom of speech of inmates in the Oakland County Jail.

28. These policies, customs and usage were a direct and proximate cause of the unconstitutional conduct herein.

## **FACTUAL BACKGROUND**

29.  Plaintiff incorporate paragraphs 1-28 as though stated herein.

30. On or about February 10, 2014, plaintiff was sentenced to be incarcerated in Oakland County Jail for the period of 93 days by Judge Gudow for probation violation from the charge of D.U.I.

31. Later that day during the classification procedure at Oakland County Jail a female member of the classification unit demanded for me to be quiet.

32. Plaintiff ignored the demand and stated to a fellow inmate, " Damn. What? We can't talk no more?"

33. Plaintiff stopped speaking and was quiet.

33. Three deputies approached my cell.

34. Deputy John Doe 1 ordered me to step out of the cell.

35.

36. Deputy John Doe 2 snatched my lunch bag from my hand and forcefully grabbed my person.

37. I immediately shouted, " I have M.S. !" I repeated several times that I have Multiple Scelorisis.

38. Deputy John Doe 1 and 2 ordered for me to "Stop Resisting!"

39. Deputy John Doe 1 and 2 stated in unison, "Stop moving, or we're gonna taze yo ass."

40. I managed to say "Get off me, I can't breathe……"

41. I was brutally struck by Deputy John Doe 1 while being escorted from

cell R-7.

## DAMAGES

42. . Plaintiff incorporate paragraphs 1-41 as though stated herein.

43.. As a direct and proximate result of defendant's acts, plaintiff

suffered the trauma of deep emotional pains, together with anxiety, worry,

sleepless nights due to the stress of the uncertainty of being assaulted again by one of the deputies for any minor incident or because one of the deputies are having a bad day, which caused plaintiff to suffer from depression all the time that he was incarcerated, lasting emotional injuries, and aggravation of preexisting conditions.

THEREFORE, Plaintiff respectfully requests that this court finds defendant, L. Brooks Patterson liable and impose actual damages of $ 181,000 (One-Hundred-and Eighty-One-Thousand-Dollars),exemplary damages of $100,000 (One-Hundred-Thousand-Dollars) and punitive damages of $175,000 (One-Hundred and Seventy-Five-Thousand-Dollars,) Find defendant Michael Bouchard liable and impose punitive damages of $100,000, Deputy John Doe 1 liable and impose punitive damages of $150,000, Deputy John Doe 2 liable and impose punitive damages of $100,000, Deputy John Doe 3 liable and impose punitive damages of $50,000 and with such relief grant all that the court deems just and equitable.

By: /s/ *Maurice Lynum*

Dated: _August 20, 2014_

**Maurice Lynum**
Plaintiff In Pro Per
24271 Dante Street
Oak Park, MI 48237
248-773-1835

# OAKLAND COUNTY SHERIFF'S OFFICE
## Oakland County Jail Operations



## INMATE GRIEVANCE REPONSE

**To Inmate:**   **Maurice Lynum**   **#256271**   **Cell: B-303**

**Date of Grievance:  February 20, 2014**

**Response:**

After reviewing the reports written by Deputies in Receiving, three different video surveillance cameras were downloaded to watch the actions of the Deputies, as well as yours.

From the camera that watches the uncuff cell, it appears that you were the most talkative and animated person there. You showed no signs of difficulty walking or moving about, which you can be seen doing those things while talking with other inmates. It was evident that at one point someone from Booking said something to you and the other inmates, as several people including you, looked toward Booking.

Moments later, members of the Cell Extraction Team approached and began to escort you away from the cell. I could see that a Deputy attempted to reach for your food bag, and you could be seen pulling away from him. That is when the Deputies placed you into an escort position. I can see where one knee strike to your left leg was delivered, when you began to struggle against their control.

Further, I interviewed all Deputies present and three revealed that they heard you state that you had MS, but that you were advised several times not to struggle and that no injury would occur if you followed that request. There was very little force used to escort you to R-7. Only the escort position was used with your head held down and protected, and with your arms held against your back, and your wrists in wrist locks. Although, I could see one knee strike given, that Deputy stated that you planted your feet against the door jambs of R-7 and that they had to knee strike you to get you into the cell. I could not see your feet planted on the door frame, nor do I see the Deputies using knee strikes, or any other additional force to get you to comply, although they stated that they used knee strikes to a nerve center on the leg to get you to comply. Based on what can be viewed in the recordings, very little force was used, and what was used, was not excessive. When the one Deputy attempted to take the food bag from you, the manner in which you swung your arm away from him, the action was toward another Deputy. None of the Deputies stated that you attempted to strike them; therefore, whoever is telling you that is incorrect. Further, nothing substantiates a claim that you were assaulted, nor that you have been a victim of foul play.

I realize that you have asked to be reclassified, and it has been explained to you that the first review is in 7 days, followed by another in 30 days and every 30 days afterwards. The numerous charges of Felony Firearms to which you have been lodged, in the past, confirm an

initial classification of Maximum.  Any action in violation of Posted Rules, and the struggle against control, initiates an upgrade.  It will take a greater period of time to obtain a reduction than 30 days.  You will need to establish a pattern of cooperation for a greater time period to qualify for a reduction.  Based on the recording, and the reports written by the Deputies, there is no evidence to substantiate your grievance.


**Responder's Name:**  <u>Sgt. L. Lacey # 265</u>

**Responder's Signature:**  _____

          **Badge:** <u>265</u>     **Date:** <u>3-19-14</u>

**Reviewing Lieutenant's Signature:**  *Lt M. Mclellan*

          **Badge:**          **Date:** <u>3/28/14</u>

**Inmate's Signature:**  *Maurice Lynum*                    **Date:** <u>3/28/14</u>

          **Appeal Requested  (Circle One)      YES     (NO)**

## Oakland County Jail Operations

## INMATE GRIEVANCE FORM

Inmate Name: Maurice   Lynum   #0256271   Cell: B-303   Date: 2/20/14

Received By: Eastman #1578   Date: 2-20-14   Time: 2320
**Staff Print Your Name and Badge Number**

**Nature of Grievance:**

For some odd reason I have been bumped up to super max security. It has just been brought to my attention that I allegedly took a swing at an officer. This is NOT true! I have MS (Multiple Sclerosis), was just released from hospital Jan 31, 2014 because of a major relapse in my condition that I have yet rehabilitated from. Even came in with a walking ? I was assaulted by 3(or sure) more of your deputies. I kept shaking ? from hits repeatedly but they did not stop. I was then placed in R-7 for 4 days with no mattress, no phone, no shower. Now my medical records match my story, in an attempt to cover themselves they have twisted the story to make me seem like a threat when I can barely walk. They used force without having to, and now I am the victim of foul play. I am here on a 90 day misdemeanor.

**Inmate Effort to Resolve with Staff (Explain):**

I wrote a kite to be re-classified. I've tried to talk staff but everyone tells ? where on paper so my file has constantly been ignored. And those who have listened say they cant help me. Please!!! Will someone help me for my incarceration & criminal history will clearly aquit me of these allegations. *(Attach Additional Sheets if Necessary)* Also will the video if you have any

Inmate Signature: Maurice Lynum   Date: 2/20/14   Supv. Initial / Date: BW 2-21-14
Reviewed/Processed

*Grievance Response*
Sgt Lacey ?

Referral To: Grievance Coordinator - ?   Date: 2/21/14

**Answer:** _____

_____

_____

_____

Responder's Signature: Sgt L Lacey #265   Date: 3-19-14

Lieutenant's Signature: _____   Date: _____

Grievance Coordinator's Signature: _____   Date: _____

Inmate Signature: _____   Date: _____

---

( )  **Appeal to Captain or Designee**   Date: _____

**Response to Appeal:** _____

_____

_____

By: _____   Date: _____

Inmate Signature: _____   Date: _____

**(Revised 07/02/13)**

**Oakland County Jail Operations**

**INMATE GRIEVANCE FORM**

Inmate Name: Maurice Lynum                  # 256271    Cell: B-303   Date: 3/27/14

Received By: _____   Date: _____   Time: _____
**Staff Print Your Name and Badge Number**

**Nature of Grievance:**

I do not know what to say. I'm in supermax and I don't know why somehow I went from blues to stripes. I have no ticket nor have no chance. No one can or they refuse to tell me why I'm here. I pride myself on being a good person to everyone and am a strong believer in giving the respect that I would like to recieve. I promise I've done nothing to warrant the treatment. I have to go to court in stripes which is kind of defamation of my character. I like to be liked and hate to be hated. I promise you that if you interview me or at least look into this matter you might find it suspicious or at best see a title issue. A staff member has a bad day, changes me to pick or med line I'm stuck in supermax. I carry myself with class for a reason, not for this.

**Inmate Effort to Resolve with Staff (Explain):**

I've kited classification, spoken with deps., sargeants, supervisors etc.

_____

_____

*(Attach Additional Sheets if Necessary)*

Inmate Signature: Maurice Lynum          Date: 3/27/14   Supv.Initial / Date: _____
**Reviewed/Processed**

*Grievance Response*

**Referral To:** _____ **Date:** _____

**Answer:**

_____

_____

_____

_____

**Responder's Signature:** _____ **Date:** _____

**Lieutenant's Signature:** _____ **Date:** _____

**Grievance Coordinator's Signature:** _____ **Date:** _____

**Inmate Signature:** _____ **Date:** _____

( )  **Appeal to Captain or Designee   Date:** _____

*Response to Appeal:* _____

_____

_____

**By:** _____ **Date:** _____

**Inmate Signature:** _____ **Date:** _____

(Revised 07/02/13)



## HEALTH SERVICE REQUEST
### SOLICITUD DE SERVICIO DE SALUD

NAME (NOMBRE) Maurice Lynum                    Date of Request (Fecha de solicitud) 3/17/14

ID # (N° de identificación) 256271            DOB (Fecha de nacimiento) 2/23/78

Site (Sitio) OCJ                              Unit (Unidad) D-204

Nature of Problem or Request (be specific) Naturaleza del problema o solicitud (sea específico): I have multiple scleros (MS) and my mattress is really worn down. I need your approval for them to either get me a new mat or even double mats if possible. Not only does my back continue to hurt but now my hip has started to hurt also. Please help us. Thank you!

List Allergies (Nombre las alergias): None

I consent to be treated by Health Care Staff for the condition described (Doy mi consentimiento para que la condición descrita sea tratada por el Personal de Asistencia Médica). I understand that the following co-payments apply: Medical Doctors visit ($12.00). Dental visit ($10.00), Medication & Refills (medical, dental, psych) ($5.00 each), Pregnancy test ($12.00) and Weight check request ($12.00). Medical treatment will never be refused regardless of my ability to pay.

Maurice Lynum
Inmate Signature and Date (Firma y fecha del recluso)

THIS FORM MUST BE HANDED DIRECTLY TO A NURSE
ESTE FORMULARIO DEBE SER ENTREGADO DIRECTAMENTE A UNA ENFERMERA

### Do Not Write Below This Line

Received/Triage Date: 3/17/14     Time: 1124     Signature: _____

Refer to: ____Provider  ____Nursing  ____Dental  ____Administrator

Nurse Signature: _____ Date/Time_____ 3/2/14

### HEALTH CARE DOCUMENTATION

NURSE SICK CALL

Response to inmate:
3/18/14 You do ~~not~~ qualify for a double mattress. A note has been placed in IMAC POR you

Nurse Signature: _____ Date/Time 3/18/14 11:00AM.

| Inmate Name | ID# | DOB | Date |
|---|---|---|---|
| | | | |

CCS-SC01es 800              revised 7/1/09              NOTE: This is a 2-part form



# **Beaumont**® | HEALTH SYSTEM

## Discharge Instructions and Physician Orders

**Lynum, Maurice K Jr.**          HAR: 50514872007          **DOB:** 2/23/1978 (35 yrs)

**Attending Physician:**                    **Primary Care Physician:**
Davila, Francisco R, MD                    None, Given  None

This is a Physician's Order Sheet and provides for patient care for 48 hours or until further orders

**Admitted:** 1/28/2014  7:29 PM

#### Hospital Problems
Diagnosis
* Vitamin D deficiency

#### Resolved Hospital Problems
Diagnosis
* Primary Problem: Multiple sclerosis exacerbation

**Allergies:** is allergic to shellfish allergy.

## About your hospitalization
You were discharged on: January 30, 2014          You last received care in the: 8 ST NEUR TEAM CARE B

### Immunizations Administered for This Admission
No immunizations administered for this admission

* Immunizations marked as deferred were not administered during this admission.

| Future Appointments | Provider | Department | Dept Phone |
|---|---|---|---|
| **4/15/2014 11:00 AM** | **Santhakumar, Sunitha, MD** | Sunitha Santhakumar, M.D. | 248-551-2650 |

Bring medication Bring medical records Bring any test, MRI, CT results Bring any lab result

### Patient Instructions

**Procedure(s) / Surgeries during current admission:** None

**Discharge to:** Home -  Discharge Orders :  None

**Activity:**  Activity as tolerated

**Your Hospital Diet:**
DIET Regular,

**Your Recommended/Prescribed Diet:** Continue with hospital diet

**Special Instructions:** Follow up with company for Copaxone usage. Follow up with Dr. Santhakumar as scheduled. Follow up with psychiatrist outpatient to help manage anxiety.

Lynum, Maurice K Jr. (MR # 5051487)

**If follow up test(s) / diagnostic studies ordered:** Please see patient to do list/appointment section.

**Contact your doctor if:** you have shortness of breath
you have angina (chest pain) or return to the Emergency Center
your temperature is over 100.5 F
you are unable to urinate
you have nausea and vomiting

**Special Medication Instructions:**
NONE

I have reviewed these discharge instructions and this is my electronic signature. Name: Shawn Achtman, DO   Date:  1/30/2014, 3:43 PM

---

**Follow-up Information**
    **Follow up with Santhakumar, Sunitha, MD. (Keep scheduled appointment for February)**
    Contact information:
      3535 W 13 Mile Rd  #240
      Medical Office Building
      Royal Oak MI 48073-6769
      248-551-2650

Lynum, Maurice K Jr. (MR # 5051487)

## Current Discharge Medication List

START taking these medications

| Medication | AM | Noon | PM | Bedtime |
|---|---|---|---|---|
| **famotidine (PEPCID) 20 MG PO Tab**<br>take 1 Tab by mouth twice daily.<br>Qty: 60 Tab   Refills: 0<br>Start date: 1/30/2014 | [ ] | [ ] | [ ] | [ ] |
| **!! predniSONE (DELTASONE) 20 MG PO Tab**<br>take 3 Tabs by mouth once daily for 3 doses.<br>Qty: 12 Tab   Refills: 0<br>Start date: 1/31/2014   End date: 2/3/2014 | [ ] | [ ] | [ ] | [ ] |
| **!! predniSONE (DELTASONE) 20 MG PO Tab**<br>take 2 Tabs by mouth once daily for 3 days.<br>Qty: 8 Tab   Refills: 0<br>Start date: 2/4/2014   Enc date: 2/7/2014 | [ ] | [ ] | [ ] | [ ] |
| **!! predniSONE (DELTASONE) 20 MG PO Tab**<br>take 1 Tab by mouth once daily for 3 days.<br>Qty: 4 Tab   Refills: 0<br>Start date: 2/8/2014   End date: 2/11/2014 | [ ] | [ ] | [ ] | [ ] |
| **!! PredniSONE (DELTASONE) 10 MG PO Tab**<br>take 1 Tab by mouth once daily for 3 days.<br>Qty: 4 Tab   Refills: 0<br>Start date: 2/12/2014   End date: 2/15/2014 | [ ] | [ ] | [ ] | [ ] |
| **alprazolam (XANAX) 0.5 MG PO Tab**<br>take 1 Tab by mouth every 8 hours as needed for<br>FOR ANXIETY.<br>Qty: 10 Tab   Refills: 0<br>Start date: 1/30/2014 | [ ] | [ ] | [ ] | [ ] |

!! Potential duplicate medications found. Please discuss with provider.

CONTINUE these home/prior to admission medications which have NOT CHANGED

| Medication | AM | Noon | PM | Bedtime |
|---|---|---|---|---|
| **Cholecalciferol (CVS VIT D 5000 HIGH-POTENCY)**<br>**5000 UNITS PO Cap**<br>take  by mouth. | [ ] | [ ] | [ ] | [ ] |

ᴊS 44   (Rev. 12 07)

# CIVIL COVER SHEET

County in which action arose OAKLAND

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MAURICE LYNUM

**(b)** County of Residence of First Listed Plaintiff OAKLAND
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MAURICE LYNUM IN PRO PER
2421 DARTE
OAK PARK, MI 48037 (248-773-1835

## DEFENDANTS
L. BROOKS PATTERSON, MICHAEL BOUCHARD
JESSICA R. COOPER, OAKLAND COUNTY DEPUTY JOHN DOE 1,
OAKLAND COUNTY DEPUTY JOHN DOE 2, OAKLAND
COUNTY DEPUTY JOHN DOE 3
County of Residence of First Listed Defendant _____

Case:2:14-cv-13270
Judge: Hood, Denise Page
MJ: Komives, Paul J.
Filed: 08-22-2014 At 02:10 PM
CMP LYNUM V. PATTERSON, ET AL (TAM)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|                                  | PTF | DEF |                                               | PTF | DEF |
|----------------------------------|-----|-----|-----------------------------------------------|-----|-----|
| Citizen of This State            | ☒1  | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State         | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                        | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☒ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
CIVIL RIGHTS ACT OF 1871, USC 1983 AMERICANS WITH DISABILITIES ACT OF 1990
Brief description of cause:
DISABLED PLAINTIFF WAS ASSAULTED BY DEPUTY IN OAKLAND COUNTY JAIL

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $** 575,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE
AUGUST 21, 2014

SIGNATURE OF ATTORNEY OF RECORD
Maurice Lynum

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?          ☐ Yes
                                                                       ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.        Other than stated above, are there any pending or previously     ☐ Yes
          discontinued or dismissed companion cases in this or any other   ☒ No
          court, including state court? (Companion cases are matters in which
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

| | |
|---|---|
| ☒ | Two (2) completed **Civil Cover Sheets**. |

| | |
|---|---|
| ☒ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank. <br><br> ___6___ + 2 = ___8___ **Complaints.** <br> # of Defendants      Total <br><br> Received by Clerk: _____ Addresses are complete: _____ | Case:2:14-cv-13270 <br> Judge: Hood, Denise Page <br> MJ: Komives, Paul J. <br> Filed: 08-22-2014 At 02:10 PM <br> CMP LYNUM V. PATTERSON, ET AL (TAM) |

| | |
|---|---|
| ☐ | If any of your defendants are **government agencies**: <br> Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. |

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached. <br><br> Fees may be paid by check or money order made out to: <br><br> **Clerk, U.S. District Court** <br><br> Received by Clerk: _____ Receipt #:_____ | ☒ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms. <br><br><br> Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal <br> (Only available if fee is waived) | Service via Waiver of Summons <br> (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address. <br><br><br><br><br><br> Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. <br><br> ☐ Two (2) completed **Request for Service by U.S. Marshal** form. <br><br> Received by Clerk: _____ | ☒ You need not submit any forms regarding the Waiver of Summons to the Clerk. <br><br> Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need: <br> • One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. <br> • Two (2) **Waiver of the Service of Summons** forms per defendant. <br><br> Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13