UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Maurice Lynum,**

    **Plaintiff,**

        Case No. 14-13270
**v.**        Hon. Denise Page Hood

**L. Books Patterson,** *et al*.

    **Defendants.**
_____/

## JUDGMENT

In accordance with the Order entered on this date and the Court having entered an Order **GRANTING** Defendant's Motion to DISMISS **[Docket No.7, filed September 25, 2014]**,

Judgment is entered in favor of Defendants and against Plaintiff.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: Teresa McGovern

APPROVED:

s/ Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

        DATED: October 7, 2015
        Detroit, Michigan